IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DONNIE PARKER d/b/a SPRING CREEK RANCH, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:24-CV-078-Z-BV |
| XCEL ENERGY SERVICES, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Plaintiff Donnie Parker d/b/a Spring Creek Ranch moves unopposed to modify the Class Certification Scheduling Order, representing that he is scheduled to mediate his individual claims on December 9, 2024, and "that mediation will be more successful" if he does not have "to simultaneously allocate resources to class certification discovery and expert reports." Dkt. No. 54. He seeks to extend scheduling deadlines by approximately one month. *Id.* at 2–3. Defendants do not oppose the request. *Id.* at 1, 5.

Finding good cause for the extension, the Court **GRANTS** the motion and **ORDERS** that the deadlines are modified as follows:

1. **Class Certification Discovery**: All discovery except that regarding class certification is stayed unless otherwise ordered. Class certification discovery begins as of the date of this Order and closes **February 14, 2025**. All written discovery must be sent soon enough that any response is due before discovery closes.

2. **Plaintiffs' Initial Designation of Experts on Class Certification**: Plaintiffs must designate experts by **December 18, 2024**.

3. **Defendants' Responsive Designation of Experts on Class Certification**: Defendants must designate experts by **January 17, 2025**.

4. **Rebuttal Experts on Class Certification**: The parties must designate any rebuttal experts no later than **January 31, 2025**.

5. **Motion for Class Certification**: Plaintiffs must file a motion for class certification with supporting evidence, including expert testimony, if any, and supporting brief, by **February 28, 2025**.[1] The motion must comply with Local Civil Rule 23.2 (except paragraph (f)). Defendants' response to the motion is due by **March 28, 2025**. Any reply is due **April 18, 2025**. The Court will set a class certification hearing, if necessary, after reviewing the parties' briefs and pleadings.

The Class Certification Scheduling Order controls all other deadlines and requirements not addressed by this Order. *See* Dkt. No. 51.

**SO ORDERED.**

Dated: November 25, 2024.

AMANDA 'AMY' R. BURCH
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Defendants argue that Plaintiff did not timely file a motion for class certification under Local Civil Rule 23.2. Dkt. No. 38 at 8; Dkt. No. 49 at 1–3. This deadline does not remedy any purported deficiency and does not prejudice Defendants from raising the timeliness issue in their responses.